**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  18-CR-0266-PAB

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

1.    **JOANNA ZARATE-SUAREZ,**
2.    **EDWIN ROMAN-ACEVEDO, and**
3.    **CHRISTINA FITZGERALD,**

      **Defendants.**

---

**INDICTMENT
21 U.S.C. Section 841(a)(1) and (b)(1)(A)(viii)
21 U.S.C. Section 846
18 U.S.C. Section 2**

---

The Grand Jury charges that:

**COUNT I
21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)
18 U.S.C. § 2**

On or about May 10, 2018, within the State and District of Colorado, the defendants,

      1.    **JOANNA ZARATE-SUAREZ,**
      2.    **EDWIN ROMAN-ACEVEDO, and**
      3.    **CHRISTINA FITZGERALD,**

knowingly possessed with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, and intentionally aided and abetted another to do so.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT II
## 21 U.S.C. § 846
## 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

Between on or about May 7, 2018, and May 10, 2018, within the State and District of Colorado, the defendants,

1. **JOANNA ZARATE-SUAREZ,**
2. **EDWIN ROMAN-ACEVEDO, and**
3. **CHRISTINA FITZGERALD,**

knowingly conspired and agreed with each other and other persons to the Grand Jury known and unknown to possess more than 500 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A)(viii).

### Forfeiture Allegation

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts One and Two of this Indictment, involving violations of Title 21 U.S.C §§ 841(a)(1), 846, defendants JOANNA ZARATE-SUAREZ, EDWIN ROMAN-ACEVEDO, and CHRISTINA FITZGERALD, shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853 and Title 28, United States Code, Section 2461(c), any and all of the defendants' right, title and interest in all property constituting and derived from any

proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

      3.      If any of the property referred to above, as a result of any act or omission of the defendants:

- a) cannot be located upon the exercise of due diligence;
- b) has been transferred or sold to, or deposited with, a third party;
- c) has been placed beyond the jurisdiction of the Court;
- d) has been substantially diminished in value; or
- e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
GRAND JURY FOREPERSON

ROBERT C. TROYER
United States Attorney

<u>*s/Guy Till*</u>
By: GUY TILL
Assistant U.S. Attorney
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
303-454-0100
FAX 303-454-0409
Guy.Till@usdoj.gov